UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number:

ALEXANDER MENCHERO
        Plaintiff,
vs.

ORANGE MEDICAL PLAN, LLC,
        Defendant.
_____/

# COMPLAINT
### (JURY DEMAND)

ALEXANDER MENCHERO ("Plaintiff") sues Defendant ORANGE MEDICAL PLAN, LLC ("ORANGE MEDICAL") and alleges:

## Introduction

1. This is an action for violations of the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA"), and its related regulations set forth in 47 C.F.R. § 62.1200, for monetary damages and injunctive relief.

## Jurisdiction and Venue

2. This Court has jurisdiction over this matter under 28 U.S.C. §1331.

3. This Court has personal jurisdiction over Defendant and venue is proper because (1) Defendant does business in this District, and (2) a substantial part of the events giving rise to Plaintiff's claims occurred here.

## Parties

4. Plaintiff is a natural person at all relevant times residing in Miami-Dade County, Florida.

5. ORANGE MEDICAL is a corporation with its principal place of business in Miami-Dade, Florida.

6. ORANGE MEDICAL purports to sell medical plans for individuals and corporations. According to ORANGE MEDICAL, it provides family discounts between 20-50% on medical, dental, vision and pharmacy.

7. As part of ORANGE MEDICAL's business activities, it uses automated telephone dialing systems as a means of contacting potential customers. As such, ORANGE MEDICAL is subject to § 227 of the TCPA which imposes a series of duties and prohibitions upon any person or entity that utilizes automatic telephone dialing systems having the capacity to store or produce telephone numbers to be called using random, sequential or other type of number generator.

**Facts**

8. Plaintiff has been registered on the National Do Not Call Registry since April 2, 2008.

9. Plaintiff has never given ORANGE MEDICAL permission to contact his cellular telephone, whether through the use of an autodialer or otherwise.

10. Between May 2015 and March 2018, ORANGE MEDICAL caused several phone calls to Plaintiff's cell phone.

11. The calls apparently originated from phone numbers (786)797-9436.

12. Plaintiff contacted ORANGE MEDICAL on May 15, 2015 and requested that it cease from placing phone calls to his cellular phone.

13. Despite Plaintiff's request, ORANGE MEDICAL continued to make phone calls to Plaintiff.

14. Plaintiff received more than one telephone call within a 12-month period to his cell phone. These calls were made by ORANGE MEDICAL utilizing an automatic telephone dialing system to initiate the calls and delivered artificial or prerecorded voice messages to Plaintiff's cell phone.

## COUNT I
## VIOLATION OF THE TCPA, 47 U.S.C. § 227(b) AND 47 C.F.R. § 62.1200

15. Plaintiff re-alleges and incorporates the preceding paragraphs

16. ORANGE MEDICAL violated Section 227 (b) of the TCPA, by the use of an automatic telephone dialing system to initiate unsolicited calls to Plaintiff's cell phone and delivered artificial or prerecorded voice messages to Plaintiff during the events described in this complaint.

17. ORANGE MEDICAL did not have Plaintiff's written prior express consent to make these calls.

18. ORANGE MEDICAL's calls caused Plaintiff actual harm including, but not limited to, invasion of personal privacy, aggravation, nuisance, disruption in his daily activities and reduction of the usage of his cellular phone.

19. ORANGE MEDICAL's violations of the TCPA were knowing and willful.

20. As a result of these violations, Plaintiff is entitled to statutory and actual damages and injunctive relief.

## COUNT II
## VIOLATIONS OF THE TCPA, 47 U.S.C. § 227(c) AND 47 C.F.R. § 62.1200

21. Plaintiff re-alleges and incorporates paragraphs 1 – 14.

22. ORANGE MEDICAL violated Section 227 (c) of the TCPA by calling Plaintiff causing more than one telephone call to Plaintiff within a 12-month period. These calls were made for the express purpose of marketing ORANGE MEDICAL's goods and/or services without Plaintiff's written prior express consent.

23. ORANGE MEDICAL did not have Plaintiff's written prior express consent to make these calls.

24. ORANGE MEDICAL's calls caused Plaintiff actual harm including, but not limited to, invasion of personal privacy, aggravation, nuisance, disruption in his daily activities and reduction of the usage of his cellular phone.

25. As a result of these violations of the TCPA, Plaintiff is entitled to statutory and actual damages and injunctive relief.

## Prayer For Relief

THEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against ORANGE MEDICAL for:

a. An award of $500.00 in statutory damages for each call in negligent violation of the TCPA, or up to $1,500 in statutory damages for each call in willful violation of the TCPA, pursuant to 47 U.S.C. § 227(b)(3)(B) and its related regulations;

b. Actual damages;

c. Declaration that ORANGE MEDICAL's calls violated the TCPA and its related regulations;

d. A permanent injunction prohibiting ORANGE MEDICAL from placing non-emergency calls to Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice;

e. Costs; and

f. Such other or further relief as the Court deems proper.

## Trial By Jury Demand

Plaintiff demands trial by jury.

Respectfully submitted on 2018-06-26 by:

/s/ Joey D. Gonzalez
Joey D. Gonzalez, Fla. Bar #: 127554

JOEY GONZALEZ, ATTORNEY, P.A.
P.O. Box 145073, Coral Gables, FL 33114-5073
305-720-3114 [telephone]; 305-676-8998 [fax]
Joey@JoeyGonzalezLaw.com

<u>/s/  Leo Bueno</u>
Leo Bueno, Fla. Bar #: 716261
LEO BUENO, ATTORNEY, PLLC
P.O. Box 141679
Coral Gables, FL  33114-1679
305-669-5260
Leo@BuenoLaw.com

Attorneys for Plaintiff

Z:\- - - CLIENT FILES - - -\Menchero Alexander [TCPA] 0000\Menchero Alexander TCPA Complaint.docx