UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

ALEXANDER MENCHERO,

        *Plaintiff*,          Civil Action No.  1:18-cv-22583-KMW

v.

ORANGE MEDICAL PLAN, LLC,

        *Defendant.*

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff ALEXANDER MENCHERO and Defendant ORANGE MEDICAL PLAN, LLC, by and through their attorneys respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear his/its own costs and fees. The parties request that the Court now close this case.

On February 26, 2019, the Court directed the filing of a joint stipulation of dismissal by March 12, 2019.  Counsel for the parties conferred and the plaintiff agreed to file the required document on behalf of the parties. On March 10, 2019, the Plaintiff filed a Motion for Final Order of Dismissal with Prejudice.  To the extent this filing may not operate as the required joint stipulation of dismissal, the parties file this further Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted,

| */s/Gonzalo Alberto Gayoso*<br>GONZALO ALBERTO GAYOSO, ESQUIRE<br>*Counsel for Defendant Orange Medical Plan, LLC*<br>Fla. Bar No.:          850690<br>4600 Summerlin Road, #C2-432<br>Fort Myers, Florida 33919-3005<br>T:        (786) 540-7001<br>E:        gayosolaw@gmail.com | */s/Joey Gonzalez*<br>JOEY GONZALEZ, ESQUIRE<br>JOEY GONZALEZ, ATTORNEY, P.A.<br>*Counsel for Plaintiff*<br>P.O. Box 145073<br>Coral Gables, FL 33114-5073<br>T:        305-720-3114<br>F:        305-676-8998<br>E:        joey@joeygonzalezlaw.com |
|---|---|

|  |  |
|--|--|

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above document was filed through CM/ECF and served via EMAIL this 25th day of March, 2019, on all counsel or parties of record on the Service List below:

JOEY GONZALEZ, ESQUIRE
JOEY GONZALEZ, ATTORNEY, P.A.
*Counsel for Plaintiff*
P.O. Box 145073
Coral Gables, FL 33114-5073
    T:     305-720-3114
    F:     305-676-8998
    E:     joey@joeygonzalezlaw.com

LEO BUENO, ESQUIRE
Fla. Bar No.: 716261
LEO BUENO, ATTORNEY, PLLC
*Counsel for Plaintiff*
P.O. Box 141679
Coral Gables, FL 33114-1679
    T:     305-669-5260
    E:     leo@buenolaw.com

                                */s/Gonzalo Alberto Gayoso*
                                GONZALO ALBERTO GAYOSO, ESQUIRE
                                *Counsel for Defendant Orange Medical Plan, LLC*